**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: St. Jude Healthcare, Ltd. v. Texas Health and Human Services Commission, Department of Aging and Disability Services; Charles Smith; and Sylvia Rodriguez

Appellate case number: 01-20-00076-CV

Trial court case number: D-1-GN-17-005517

Trial court: 419th District Court of Travis County

Appellant's unopposed motion to extend deadline to file brief is **granted.** Appellant's brief is due April 24, 2020.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                                      Acting individually

Date:  February 27, 2020